**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:18-CR-00196-ALM-AGD** |
| | § | |
| **GREGORY SCOTT LYONS** | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 48 (sealed).

## PROCEDURAL HISTORY

On July 2, 2019, United States District Judge Marcia A. Crone sentenced defendant Gregory Scott Lyons to 110 months of imprisonment followed by five years of supervised release. Dkt. 37. Lyons's current term of supervised release commenced December 23, 2025. Dkt. 48 (sealed).

In March 2026, a probation officer petitioned the court for a warrant, alleging that Lyons had violated conditions of his supervised release. *Id.* The petition alleged that Lyons had violated conditions that required him to work full-time at lawful employment unless excused; to refrain from accessing a computer or any device with access to the internet until a sex-offender assessment had been completed; and to reside in a residential reentry facility and observe that facility's rules. *Id.*

A final revocation hearing was held before me on July 23, 2026. Lyons pleaded true to allegations one, two, and three. Minute Entry for July 23, 2026. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 60. The court then announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) Lyons's supervised release be revoked based on

allegations one, two, and three in the petition for revocation of his supervised release, Dkt. 48 (sealed); (2) Lyons be committed to the custody of the Bureau of Prisons to be imprisoned for a term of nine months, with four years of supervised release to follow; and (3) Lyons be placed at FCI Seagoville in Seagoville, Texas, if appropriate.

So **ORDERED** and **SIGNED** this 24th day of July, 2026.

Bill Davis
United States Magistrate Judge